

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00085-CV

Eliza **FLORES**,
Appellant

v.

**HEB GROCERY COMPANY, LP D/B/A JOE V'S SMART SHOP,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13876
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on February 10, 2020. On that date, the clerk of the court notified the appellant in writing that our records do not reflect that the filing fee in the amount of $205.00 was paid and that the fee was required to be paid or the appeal could be stricken by the court. To date, the fee has not been paid. In addition, the appellant's docketing statement has not been filed. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1.

Accordingly, it is ORDERED that appellant show cause in writing **within ten (10) days** of the date of this order that either: (1) the $205.00 filing fee has been paid and the docketing statement has been filed; or (2) appellant is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellant fails to respond within the time provided, the appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court